CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

|  |  |
|---|---|
| vs. | ) ) ) ) ) ) ) |

OMOLERE OMOMOWO

Civil/Criminal No.: ___24 cr 00351 ACR 1___

### NOTE FROM JURY

Please assist us with the TV
we have tried the passwords multiple
times hower it hasnt worked
Thank you

Date: _June / 12 / 2026_

Time: _2:54 pm_

CO Talley
1450 Hrs

CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

|  |  |  |
|---|---|---|
| vs. | ) ) ) ) ) ) | Civil/Criminal No.: ___24 cr 00351 ACR 1___ |
| OMOLERE OMOMOWO | | |

### NOTE FROM JURY

Can we have larger post-it notes and a physical, printed copy of the exhibits? Thank You

Date: ___June / 12 / 2026___

Time: ___5:00 PM___

L Williams
#12
6/12/26
5:06 PM

CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

|  |  |  |
|---|---|---|
| vs. | ) ) ) ) ) ) ) | Civil/Criminal No.: __24 cr 00351 ACR 1__ |
| OMOLERE OMOMOWO |  |  |

**NOTE FROM JURY**

Can we please set paper evidence
of the audience

Date: June 12 2026

Time: 5:05 pm

③

CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
### FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

|  |  |  |
|---|---|---|
| vs. | ) ) ) ) ) ) ) | Civil/Criminal No.: ___24 cr 00351 ACR 1___ |
| OMOLERE OMOMOWO |  |  |

### NOTE FROM JURY

We understand that we must "unanimously agree on which clinical ~~note~~ encounter note (or notes) that the defendant or his co-defendant submitted" and that "does not mean that [we] must unanimously agree that the defendant or his co-defendant submitted all of the clinical encounter notes listed." (pp. 40-41) We understand that to mean if we find even one clinical encounter note to be part of an intentional scheme to defraud DC Medicaid, the corresponding count would warrant a guilty verdict. However, we would like to know if we must reach a guilty or not guilty determination for all clinical encounter notes for all counts of Health Care Fraud.

Date: June 17, 2026

Time: 4:10 pm

(4)

CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

|  |  |  |
|---|---|---|
|  | ) |  |
|  | ) |  |
| vs. | ) | Civil/Criminal No.: ___24 cr 00351 ACR 1___ |
|  | ) |  |
| OMOLERE OMOMOWO | ) |  |
|  | ) |  |

### NOTE FROM JURY

After careful deliberation and several rounds of voting, the jury is deadlocked. (on all counts)

Can the judge please provide guidance on next steps.

Date: ___06 / 18 / 2026___

Time: ___1:22___

(5)

6-18-26

1:24pm

T. A Jefferson

CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

|  |  |
|---|---|
| vs. | )<br>)<br>)<br>)<br>) |
| OMOLERE OMOMOWO | )<br>) |

Civil/Criminal No.: ___24 cr 00351 ACR 1___

## NOTE FROM JURY

After Strenous efferts to meticulously review the evidence and deliberate all counts in the inditment, the jury is hopelessly deadlock on all counts. We remain unanimous in our feelins that we cannot reach a unanimous verdict on any count. We are resolved that further review of the evidence and aditional deliberate will not lead to productive discussio. We have exhausted all open paths of discussion. The Jury sees no psth forward to a unanimous verdict on any count.

Date: ___06/22/2026___

Time: ___3:23 pm___

(6)